UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MILL SUPPLY CO.,
Individually and on behalf of a
Class of similarly situated persons and entities,

      Plaintiff,

vs.

Case No. _____
Hon.

THE GREAT LAKES WATER AUTHORITY,
an incorporated municipal authority,

and

CITY OF DETROIT, a municipal corporation,
by and through its WATER AND SEWERAGE DEPARTMENT,

      Defendants.

| Kickham Hanley, PLLC | Fausone Bohn, LLP |
|---|---|
| Gregory D. Hanley (P51204) | James G. Fausone (P33579) |
| Jamie K. Warrow (P61521) | Michael M. McNamara (P48055) |
| Edward F. Kickham, Jr. (P70332) | James M. Pelland (P51237) |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| 32121 Woodward Ave., Suite 300 | 41700 W. Six Mile Rd., Ste. 101 |
| Royal Oak, MI 48073 | Northville, MI 48168 |
| (248) 544-1500 | 248-380-0000 |

## NOTICE OF REMOVAL

TO:  The United States District Court Clerk
       Judges of the Above Court
       Theodore Levin U.S. Courthouse
       231 W. Lafayette Blvd.
       Detroit, MI 48226

Counsel for Plaintiff
Kickham Hanley, PLLC
Gregory D. Hanley (P51204)
Jamie K. Warrow (P61521)
Edward F. Kickham, Jr. (P70332)
32121 Woodward Ave., Suite 300
Royal Oak, MI 48073
(248) 544-1500

THE GREAT LAKES WATER AUTHORITY and the CITY OF DETROIT (collectively, "Defendants"), by and through their attorneys FAUSONE BOHN, LLP, hereby remove this matter to the United States District Court for the Eastern District of Michigan, from the Wayne County Circuit Court, pursuant to 28 U.S.C. §§ 1441 and 1446. In support of removal, Defendants state as follows:

1. Plaintiff General Mill Supply Co ("Plaintiff" or General Mill Supply") filed a complaint in the Wayne County Circuit Court on or about September 10, 2018. That case was assigned case number 18-011569-CZ. A copy of the complaint is attached as **Exhibit A**.

2. The court in which Plaintiff's complaint was filed, Wayne County Circuit Court, is located within the Southern Division of the Eastern District of Michigan. *See* 28 U.S.C. § 1441(a).

3. Plaintiff served Defendants with a copy of the complaint, along with a summons, on September 17, 2018. A copy of that summons is attached as **Exhibit B**.

4. The complaint and summons attached as Exhibits A and B constitute all of the process served on Defendants in this matter. *See* 28 U.S.C. § 1446(a).

5. This Notice of Removal is being filed within 30 days after the first receipt by Defendants of copies of the initial pleading setting forth the claim for relief upon which the Action is based. *See* 28 U.S.C. § 1446(b)(1).

6. All Defendants who have been served join in or consent to the removal of this Action. *See* 28 U.S.C. § 1446(b)(2)(A).

7. Written notice of this Notice of Removal will be promptly filed with the Clerk of the Court for the Wayne County Circuit Court and served on all adverse parties through their counsel of record. *See* 28 U.S.C. § 1446(d).

8. This is a civil action under which the Court has original subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1367.

9. Plaintiff alleges that it and a class of similarly situated persons and entities suffered damages as a result of Defendants' alleged violation of Industrial Waste Control Charge ("IWC Charge") governed by the Clean Water Act, 33 U.S.C. § 1251 *et seq.*, and its interpretation in United States District, Eastern District of Michigan Southern Division Case # 77-71100, and the rules and regulations of the United States Environmental Protection Agency.

10. Specifically, Plaintiff alleges and challenges the IWC Charge that Defendants impose on owners of non-residential property located in various municipalities in Southeast Michigan (Plaintiff's complaint at paragraph 1) and that the purpose of the IWC Charge is to offset the cost incurred in administering regulatory activities under the Sewer Use Ordinance/Industrial Waste Control

Ordinance as required in the National Pollutant Discharge Elimination System (NPDES).

11. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over Plaintiff's claims, and, therefore, this Action is removable pursuant to 28 U.S.C. § 1441.

12. This Court may assume jurisdiction over any supplemental state-law claims in this Action pursuant to 28 U.S.C § 1367.

Defendants file this notice of removal and removes this civil action to the United States District Court for the Eastern District of Michigan. Plaintiff is notified to proceed no further in state court unless or until the case should be remanded by order of said United States District Court.

Respectfully Submitted:

FAUSONE BOHN, LLP

Dated:   October 17, 2018

/s/MICHAEL M. McNAMARA
Michael M. McNamara (P48055)
*Attorneys for Defendants*
41700 W. Six Mile Rd., Ste. 101
Northville, Michigan  48168
(248) 380-0000
(248) 380-3434 (Fax)

X:\JGI\Great Lakes Water Authority (GLWA)\General Mill Supply v. Detroit\Pleadings\Notice of Removal.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MILL SUPPLY CO.,
Individually and on behalf of a
Class of similarly situated persons and entities,

    Plaintiff,

vs.

Case No.
Hon.

THE GREAT LAKES WATER AUTHORITY,
an incorporated municipal authority,

and

CITY OF DETROIT, a municipal corporation,
by and through its WATER AND SEWERAGE DEPARTMENT,

    Defendants.

| Kickham Hanley, PLLC | Fausone Bohn, LLP |
|---|---|
| Gregory D. Hanley (P51204) | James G. Fausone (P33579) |
| Jamie K. Warrow (P61521) | Michael M. McNamara (P48055) |
| Edward F. Kickham, Jr. (P70332) | James M. Pelland (P51237) |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |
| 32121 Woodward Ave., Suite 300 | 41700 W. Six Mile Rd., Ste. 101 |
| Royal Oak, MI 48073 | Northville, MI 48168 |
| (248) 544-1500 | 248-380-0000 |

## PROOF OF SERVICE

KATHY HOLDEN, hereby states that on the 17th day of October, 2018, she did cause a copy of the Notice of Removal and Notice of Filing of Notice of Removal Pursuant to 28 USC 1446(b) and this Proof of Service, to be served on Gregory D. Hanley, 32121 Woodward Ave., Suite 300, Royal Oak, MI 48073 by United States First Class Mail.

                                                          /s/ KATHY HOLDEN